UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jamie Banks    Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

1:17Cr 0055-2
(AJN)

Defendant ____Jamie Banks____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

__✓__  Initial Appearance Before a Judicial Officer

____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____   Bail/Detention Hearing

____   Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

____Jamie Banks____
Print Defendant's Name

_____
Defendant's Counsel's Signature

____Eric Breslin____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__12/22/20__
Date

_____
U.S. District Judge/U.S. Magistrate Judge

SDNY
CJA 23
(Rev. 3/20)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: Jamie Banks v. ___

FOR: ___
AT: ___

LOCATION NUMBER: ___

**PERSON REPRESENTED** (Show your full name): Jamie Banks

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) ___

DOCKET NUMBERS
Magistrate Judge: ___
District Court: ___
Court of Appeals: ___

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment? ___
How much did you earn per month? $ ___
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ NA
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, give the amount received and identify the sources
RECEIVED: $ 0
SOURCES: ___

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No
IF YES, total amount? $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, give value and description for each
VALUE: NONE
DESCRIPTION: ___

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ Single ☐ Married ☐ Widowed ☐ Separated or Divorced
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)
DESCRIPTION: living with Mother
TOTAL DEBT: $ ___
MONTHLY PAYMENT: $ ___

---

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Jamie Banks /EW

Date: ___

FD/CJA/RET. ATTORNEY: Eric R Breslin (PRINT)

☐ APPROVED   ☐ DENIED

ASSISTANT UNITED STATES ATTORNEY (PRINT): ___

SIGNATURE OF JUDICIAL OFFICER: ___   DATE: ___