```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Jamie Banks,

Defendant.

17-cr-552 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court sentences Defendant Jamie Banks, USMS Register No. 66471-054, to time served.

      SO ORDERED.

Dated: January 29, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1